IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

IN RE: Teresa M. Jones ) Chapter: 07
) Bankruptcy No: 15-32357
) **REQUEST FOR NOTICE**

    Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing Service, at the following address:

    United States Department of Agriculture
    Centralized Servicing Center
    PO Box 66879
    St. Louis, MO 63166


    UNITED STATES OF AMERICA
    United States Department of Agriculture
    Rural Housing Service


Date: 10/29/2015    /s/ William E. McClain
    WILLIAM E. MCCLAIN
    Bankruptcy Specialist
    Centralized Servicing Center - USDA
    1-800-349-5097 ext. 5414